Decided September 18, 1996

## WASHINGTON TRUST COMPANY *v.*
## MARIE D. SMITH

The petition by the proposed defendant John Holstein, trustee of City Discount Oil Nominee Trust, for certification for appeal from the Appellate Court, 42 Conn. App. 330 (AC 13416), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that movants Spicer Plus, Inc., and John Holstein were not entitled to intervene because (1) they had not met their burden of proving their interests in the property, and (2) they had not filed their motion to intervene in a timely manner?"

The Supreme Court docket number is SC 15527.

*Robert D. Tobin* and *Rita Provatas,* in support of the petition.

*Francis J. Pavetti,* in opposition.